```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————
```
Ms. DANCY,

                Plaintiff,

    - against -

WESTCHESTER ALP MANAGEMENT LLC, ET AL.,

                Defendants.

21-cv-3866 (JGK)

ORDER

```
————————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by July 25, 2021. The conference scheduled for June 29, 2021 is canceled.

    **SO ORDERED.**

**Dated:** New York, New York
        June 28, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge